NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PATRICK D. HUMPHREY,**
*Claimant-Appellant*

v.

**DAVID J. SHULKIN, Secretary of Veterans Affairs,**
*Respondent-Appellee*

---

2017-2031

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 17-606, Judge Margaret C. Bartley.

---

**ON MOTION**

---

### ORDER

The Secretary of Veterans Affairs moves with the consent of the appellant to stay the above-captioned appeal pending this court's decision in *Ebanks v. Shulkin*, No. 2017-1277, and to set the due date for the appellant's brief in this appeal after this court issues its decision in *Ebanks*.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted to the extent that the briefing schedule is stayed in this appeal. Within 14 days of this court's final disposition in *Ebanks*, the parties are directed to inform the court how they believe this appeal should proceed.

(2) A copy of this order shall be transmitted to the merits panel assigned to hear *Ebanks*.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s25